# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DANTE JACKSON, | : | |
|    *Plaintiff*, | : | |
| | : | CIVIL ACTION |
| v. | : | NO. 20-0687 |
| | : | |
| CORRECTIONAL OFFICER BUENO, et al., | : | |
|    *Defendants*. | : | |

## ORDER

AND NOW, this 2nd day of June, 2020, upon consideration of Plaintiff Dante Jackson's Motion to Proceed *In Forma Pauperis* (ECF No. 11) and Prisoner Trust Fund Account Statement (ECF No. 12) filed May 29, 2020; it appearing that Plaintiff was previously granted leave to proceed *in forma pauperis* (*see* ECF No. 10), it is hereby ORDERED that Plaintiff's Motion to Proceed *In Forma Pauperis* (ECF No. 11) is DENIED as MOOT.

BY THE COURT:

*/s/ C. Darnell Jones, II*
C. DARNELL JONES, II     J.